# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN CLORE,<br><br>Defendant. | PO-19-5115-GF-JTJ<br>Ticket Numbers: 6563658, 6563659<br>Location Code: M13<br>Disposition Code: PE<br><br>**JUDGMENT AND ORDER DISMISSING VIOLATION** |

Defendant Brian Clore (Clore) pleaded guilty on September 12, 2019, to Operating a Vehicle Under the Influence of Alcohol as charged in Ticket No. 6563659. The Court imposed the following sentence pursuant to the Sentencing Reform Act of 1984:

1. Clore shall pay a fine in the amount of $900.00 plus a $30.00 Special Assessment, for a total amount of $930.00. Clore has made a partial payment of $75.00, leaving a balance due of $855.00. *See* Receipt No. MTX400013920. Clore shall pay the balance due by making payments of $150.00 per month.

2. Clore may pay the balance due by check or money order, or by making payments online. Checks and money orders must be made payable to "U.S. COURTS — CVB," and must be mailed to the Central Violations Bureau at

P.O. Box 780549, San Antonio, TX 78278.  Clore may make payments on online at www.cvb.uscourts.gov.

3. Clore shall attend and complete alcohol treatment classes (ACT classes) within six months of the entry of this Judgment.  Clore shall provide a certificate of completion to the United States Attorney's Office at P.O. Box 3447, Great Falls, MT 59403.

4. Clore shall serve 1 day in custody on or before October 3, 2019. Clore may serve his term of custody at the Flathead County Detention Center in Kalispell, Montana.

IT IS FURTHER ORDERED:

Violation No. 6563658 is DISMISSED on the government's motion.

## NOTICE OF RIGHT TO APPEAL SENTENCE

You may appeal the sentence imposed in this case to a United States District Court Judge within 14 days of the date of this Judgment.  *See* Federal Rule of Criminal Procedure 58(g)(2)(B).  If you wish to appeal, you must file a Notice of Appeal with the Clerk of the United States District Court.  The Notice of Appeal must describe the Judgment from which the appeal is taken.  You must provide a copy of the Notice of Appeal to the United States Attorney's Office in Great Falls,

Montana, by mail or in person.

If you appeal, you must pay a $38 filing fee. *See* 28 U.S.C. § 1914, Miscellaneous Fee Schedule, subsection 9. The filing fee must be paid when you file your Notice of Appeal.

If you appeal, you may also be required to provide a copy of the record to the District Court Judge. The record consists of the exhibits in the case and any transcript or tape recording of the proceedings. Fed. R. Crim. P. 58(g)(2)(C).

DATED this 16th day of September, 2019.

John Johnston
United States Magistrate Judge